IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                                      CASE NO: 08-30447
                                                              CHAPTER 7

EDGAR, HENRY TILLMAN

        DEBTOR(S)

_____/

## NOTICE OF PAYMENT OF DIVIDEND TREATED
## IN ACCORDANCE WITH RULE 3010

**COMES NOW** Sherry F. Chancellor, Trustee, pursuant to the Trustee's Notice of Final Dividends to Creditors, gives notice of the payment to the Clerk, U. S. Bankruptcy Court, of a check in the amount of $8.90 representing the dividend(s) treated in accordance with Bankruptcy Rule 3010 for the following claim (s)/claimant(s):

| Claim No. | Claimant | Dividend |
|---|---|---|
| 003 | Recovery Management Systems<br>25 SE 2nd Avenue, #1120<br>Miami, FL 33131 | $4.28 |
| 005 | Recovery Management Systems<br>25 SE 2nd Avenue, #1120<br>Miami, FL 33131 | $4.62 |

**RESPECTFULLY SUBMITTED** this 28th day of October, 2009. .

                                                                 /s/ Sherry F. Chancellor
                                                                  SHERRY F. CHANCELLOR, TRUSTEE
                                                                  619 West Chase Street
                                                                  Pensacola, Florida 32502
                                                                  (850) 436-8445

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Payment of Dividend Treated in Accordance with Rule 3010 has been furnished by the U.S. Mail Service to the Office of the U. S. Trustee, 110 East Park Avenue, #128, Tallahassee, Florida 32301 and Recovery Management Systems, 25 SE 2nd Avenue, #1120, Miami, FL 33131 this 28th day of October, 2009.

/s/ Sherry F. Chancellor
SHERRY FOWLER CHANCELLOR